Jason G. Revzin
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| ANGELA S. BROWN-VILLIARIMO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, CARDWORKS/ADVANTA BANK CORP, LITTON MORTGAGE SERVICING CENTER, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC,<br><br>　　　　　　　Defendants. | Case No.: 2:16-CV-01215-RFB-CWH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC ONLY** |

TO THE HONORABLE JUDGE BOULWARE:

　　Plaintiff Angela S. Brown-Villiarimo and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

　　There are no longer any issues in this matter between Angela S. Brown-Villiarimo and Trans Union LLC to be determined by this Court. Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of

/ / /

/ / /

/ / /

1  this lawsuit are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid
2  by the party incurring same.
3      DATED this 23rd day of September, 2016

**HAINES & KRIEGER, LLC**

  /s/ David H. Krieger
David H. Krieger
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Fax: (702) 383-5518
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

  /s/ Jason G. Revzin
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 30th day of September, 2016.

**CERTIFICATE OF SERVICE**

This is to certify that on the 23rd of September, 2016, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

| | |
|---|---|
| David H. Krieger<br>dkrieger@hainesandkrieger.com<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>(702) 880-5554<br>(702) 383-5518 Fax<br>***Counsel for Plaintiff*** | Jennifer L Braster<br>jbraster@naylordbrasterlaw.com<br>Maupin Naylo Braster<br>1050 Indigo Dr, Suite 1212<br>Las Vegas, NV 89145<br>***Counsel for Experian Information Solutions, Inc.*** |

/s/ Carrie S. Dunham
**An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP**

4837-0743-6089.1

3

8296647.1/SP/83057/2309/092216