David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Angela S. Brown-Villiarimo*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Angela S. Brown-Villiarimo,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; CARDWORKS/ADVANTA BANK CORP.; LITTON MORTGAGE SERVICING CENTER, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>Defendants. | **Case No. 2:16-cv-01215-RFB-CWH**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY** |

Plaintiff Angela S. Brown-Villiarimo and Defendant EXPERIAN INFORMATION SOLUTIONS, INC ("Experian") hereby stipulate and agree that

…

…

…

…

…

the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Experian**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: May 31, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Jennifer L. Braster, Esq.
Jennifer L. Braster, Esq.
Naylor & Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorney for Defendant EXPERIAN INFORMATION SOLUTIONS, INC*

## ORDER

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: June 2, 2017.