1  JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
2  MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
3  **GREENBERG TRAURIG, LLP**
4  3773 Howard Hughes Parkway,
Suite 400 North
5  Las Vegas, NV 89169
Telephone: (702) 792-3773
6  Facsimile: (702) 796-9002
Email: bundickj@gtlaw.com
7          hoguem@gtlaw.com
8
*Counsel for Defendant*
9  *Litton Mortgage Servicing Center, Inc.*

10

11

12

13                **UNITED STATES DISTRICT COURT**

14                    **DISTRICT OF NEVADA**

15  ANGELA S. BROWN-VILLIARIMO,          Case No.:  2:16-cv-01215-RFB-CWH

16              Plaintiff,

17  v.                                   **STIPULATION AND ORDER TO VACATE DEFAULT AND TO DISMISS COMPLAINT AGAINST LITTON MORTGAGE SERVICING CENTER, INC. WITH PREJUDICE**

18  OCWEN LOAN SERVICING, LLC;
19  CARDWORKS/ADVANTA BANK CORP.;
LITTON MORTGAGE SERVICING
20  CENTER, INC.; EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN
21  INFORMATION SOLUTIONS, INC.;
22  TRANS UNION, LLC,

23              Defendants.

24

25          Plaintiff, Angela S. Brown-Villiarimo, and Defendant, Litton Mortgage Servicing

26  Center, Inc., by and through their respective undersigned counsel of record, hereby stipulate and

27  agree as follows:

28  / / /

                              1

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**IT IS HEREBY STIPULATED AND AGREED** that the default entered against Litton Mortgage Servicing Center, Inc. on May 17, 2017 [Doc. 31], be vacated in its entirety.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the above-captioned action be dismissed against Litton Mortgage Servicing Center, Inc., with prejudice, each party to bear its own fees and costs.

DATED this 26th day of September, 2017.          DATED this 26th day of September, 2017.

**GREENBERG TRAURIG, LLP**                        **KNEPPER & CLARK LLC**

*/s/ Michael R. Hogue, Esq.*                      */s/ Matthew I. Knepper, Esq.*
JACOB D. BUNDICK, ESQ.                            MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 9772                               Nevada Bar No. 12796
MICHAEL R. HOGUE, ESQ.                            MILES N. CLARK, ESQ.
Nevada Bar No. 12400                              Nevada Bar No. 13848
3773 Howard Hughes Pkwy., Suite 400N             10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89169                               Las Vegas, NV 89129

*Counsel for Defendant*                           **HAINES & KRIEGER, LLC**
*Litton Mortgage Servicing Center, Inc.*          DAVID H. KRIEGER, ESQ.
                                                  Nevada Bar No. 9086
                                                  8985 S. Eastern Ave., Suite 350
                                                  Henderson, NV 89123

                                                  *Counsel for Plaintiff*

**IT IS SO ORDERED** this 28th day of __September__, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), 45, I hereby certify that on September 26, 2017, a copy of the foregoing **STIPULATION AND ORDER TO VACATE DEFAULT AND DISMISS COMPLAINT AGAINST LITTON MORTGAGE SERVICING CENTER, INC. WITH PREJUDICE** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF filing system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Shayna Noyce*
An employee of GREENBERG TRAURIG, LLP

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

WPB 384081459v1